UNITED STATES of America,
Plaintiff-Appellee,

v.

Sheila Clark LEWIS, Defendant-
Appellant.

No. 17-7478

United States Court of Appeals,
Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

---

Sheila Clark Lewis, Appellant Pro Se. Randy Carl Stoker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Clark Lewis appeals the district court's order denying her motion to reduce restitution payments. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Lewis' informal brief does not challenge the basis for the district court's disposition, Lewis has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*